COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Annise D. Parker, Mayor, Anna Russell, City Secretary, and City of Houston v. David B. Wilson |
| Appellate case number: | 01-15-00687-CV |
| Trial court case number: | 2015-39706 |
| Trial court: | 270th District Court of Harris County |

On August 7, 2015, appellants, Annise D. Parker, Mayor, Anna Russell, City Secretary, and City of Houston, filed a notice of interlocutory appeal of a trial order signed on July 28, 2015. Appellee, David B. Wilson, has filed an "Emergency Motion to Dismiss, and Alternatively, to Refer Enforcement of Mandamus to Trial Court." **The Court directs appellants to respond to the emergency motion. Appellants' response is due no later than 9:00 a.m. on Monday, August 17, 2015.**

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
　　　　　　　　　☑ Acting individually ☐ Acting for the Court

Date: August 12, 2015